AO 440 (Rev. 8/01) Summons in a Civil Action

*Japan Tobacco*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/1/2008 |
| NAME OF SERVER *(PRINT)*<br>Meg Hughes | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Please see Return of Service Card attached below.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/10/2008                    *Meg Hughes*
                      Date                        Signature of Server

                                              Greenebaum Doll & McDonald PLLC
                                              Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Hideshi Fujishiro
    c/o Japan Tobacco Inc.
    375 Park Avenue, Suite 1307
    New York, NY  10152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                       ☐ Addressee
B. Received by (*Printed Name*)    C. Date of Delivery
   S. Barnes                       11/X

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number    7006 0810 0006 0076 0825
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540