UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| VIBO CORPORATION, INC. d/b/a GENERAL TOBACCO,<br><br>Plaintiff,<br><br>v.<br><br>JACK CONWAY, in his official capacity as Attorney General, Commonwealth of Kentucky, *et al.*,<br><br>Defendants. | No. 03:08-CV-571-JBC |

## DEFENDANTS' PHILIP MORRIS USA INC., R.J. REYNOLDS TOBACCO CO., AND LORILLARD TOBACCO CO.'S NOTICE OF FILING

Pursuant to the Stipulated Protective Order [Docket Entry 231], Counsel for Defendants', Philip Morris USA, Inc., R.J. Reynolds Tobacco Co., and Lorillard Tobacco Co., tenders to the Clerk of the Court, under seal, the Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction.

Respectfully submitted,

|  |  |
|---|---|
|  | /s/Charles S. Cassis |
| Douglas L. Wald | Charles S. Cassis |
| Michael B. Bernstein | Theresa Canaday |
| ARNOLD & PORTER LLP | FROST BROWN TODD LLC |
| 555 Twelfth Street, N.W. | 400 W. Market Street, 32nd Floor |
| Washington, DC 20004-1206 | Louisville, KY 40202 |
| Telephone: (202) 942-5000 | Telephone: (502) 589-5400 |
|  |  |
| Eric Shapland | *Counsel for Philip Morris USA Inc.,* |
| ARNOLD & PORTER LLP | *R.J. Reynolds Tobacco Company* |
| 777 South Figueroa Street | *and Lorillard Tobacco Co.* |
| Los Angeles, CA 90017-5844 |  |
| Telephone: (213) 243-4000 |  |
|  |  |
| *Counsel for Philip Morris USA Inc.* |  |
|  |  |
| Stephen R. Patton | Irving Scher |
| Elli Leibenstein | Idit Froim |
| Douglas G. Smith | WEIL GOTSHAL & MANGES LLP |
| Barack S. Echols | 767 5TH Avenue |
| KIRKLAND & ELLIS LLP | New York, NY 10153 |
| 200 East Randolph Drive | Telephone: (212) 310-8120 |
| Chicago, IL 60601 |  |
| Telephone (312) 861-2000 | Lee Van Voorhis |
|  | WEIL GOTSHAL & MANGES LLP |
| *Counsel for R. J. Reynolds Tobacco Company* | 1300 Eye Street, NW, Suite 900 |
|  | Washington, D.C. 10005 |
|  | Telephone: (202) 682-7000 |
|  |  |
|  | *Counsel for Lorillard Tobacco Co.* |

Dated: November 24, 2008

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Confidential Version of the Defendants', Philip Morris, USA, Inc., R.J. Reynolds Tobacco Co., and Lorillard Tobacco Co., Notice of Filing, Memorandum of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction and accompanying appendix was electronically filed under seal this 24th day of November 2008, and served via hand-delivery to the following counsel:

**VIBO CORPORATION, INC.**
**d/b/a GENERAL TOBACCO**
John K. Bush
Christie A. Moore
Helen A. Thompson
Bridgid O. Geis
jkb@gdm.com
cm@gdm.com
hat@gdm.com
bog@gdm.com

The undersigned further certifies that a true and accurate copy of a redacted, public version of Defendants', Philip Morris, USA, Inc., R.J. Reynolds Tobacco Co., and Lorillard Tobacco Co.'s Notice of Filing, Opposition to Plaintiff's Motion for a Preliminary Injunction and accompanying appendix, will be served on the remaining counsel of record when available, but no later than Wednesday, November 26, 2008:

**LORILLARD TOBACCO CO.**
Charles S. Cassis
Theresa A. Canaday
ccassis@fbtlaw.com
tcanaday@fbtlaw.com

Irving Scher
Lee VanVoorhis
Idit Froim
Irving.Scher@weil.com
Lee.VanVoorhis@weil.com
Idit.Froim@weil.com

**PHILIP MORRIS USA, INC.**
Charles S. Cassis
Theresa A. Canaday
ccassis@fbtlaw.com
tcanaday@fbtlaw.com

Douglas S. Wald
Michael B. Bernstein

Eric Shapland
Douglas.Wald@aporter.com
Michael.B.Bernstein@aporter.com
Eric.Shapland@aporter.com

**RJ REYNOLDS TOBACCO CO.**
Charles S. Cassis
Theresa A. Canaday
ccassis@fbtlaw.com
tcanaday@fbtlaw.com

Stephen R. Patton
Douglas G. Smith
Elli Leibenstein
Barack Echols
spatton@kirkland.com
dsmith@kirkland.com
eleibenstein@kirkland.com
bechols@kirkland.com

**PREMIER MANUFACTURING, INC.**
Douglas C. Ballentine
Travis A. Crump
Douglas.Ballentine@skofirm.com
Travis.Crump@skofirm.com

**COMMONWEALTH BRANDS, INC., LIGGETT GROUP, LLC, VECTOR TOBACCO, INC., IMPERIAL TOBACCO, INC., IMPERIAL TOBACCO LIMTED/ITL (USA), JAPAN TOBACCO INTERNATIONAL U.S.A., INC., KING MAKER MARKETING, INC., LANE LIMITED, LIGNUM-2, INC., P.T. DJARUM, PREMIER MANUFACTURING, INC., SANTA FE NATURAL TOBACCO CO., SHERMAN'S 1400 BROADWAY N.Y.C., INC., and TOP TOBACCO, L.P.**
Merrill S. Schell
Robert J. Brookhiser
Elizabeth B. McCallum
mschell@wyattfirm.com
Brookhiserb@howrey.com
MccallumB@howrey.com

**ALABAMA**
James M. Steinwinder
jsteinwinder@ago.state.al.us

**ALASKA**
Chris Poag
Chris.Poag@alaska.gov

**ARIZONA**
Kelly M. Peloquin
Kelly.peloquin@azag.gov

**ARKANSAS**
Eric B. Estes
Eric.Estes@arkansasag.gov

**CALIFORNIA**
Michelle Hickerson
Michelle.Hickerson@doj.ca.gov

**CONNECTICUT**
Rupal Shah Palanki
Rupal.ShalPalanki@po.state.ct.us

**DELAWARE**
Thomas E. Brown
ThomasE.Brown@state.de.us

**IDAHO**
Brett T. DeLange
Brett.Delange@ag.idaho.gov

**ILLINOIS**
Marilyn A. Kueper
mkueper@atg.state.il.us

**KANSAS**
Patrick Broxterman, Director
Patrick.broxterman@ksag.org

**KENTUCKY**
Tad Thomas
James M. Herrick
Michael Plumley
Tad.Thomas@ag.ky.gov
James.Herrick@ag.ky.gov
michael.plumley@ag.ky.gov

**LOUISIANA**
Patricia H. Wilton
wiltonp@ag.la.us

**MAINE**
Jennifer A. Willis
Jennifer.willis@maine.gov

**MARYLAND**
David Lapp, Chief Counsel
dlapp@oag.state.md.us

**MASSACHUSETTS**
Elizabeth J. Koenig
Elizabeth.Koenig@state.ma.us

**MISSOURI**
Kristie Remster Orme

Korme@mcdowellrice.com

Curtis R. Stokes
Curt.Stokes@ago.mo.gov

**MONTANA**
Mark McLaverty
Mmclaverty@mt.gov

**NEBRASKA**
Lynne R. Fritz
Lynne.fritz@nebraska.gov

**NEVADA**
Victoria Thimmesch Oldenburg
VOldenburg@ag.nv.gov

**NEW HAMPSHIRE**
Richard W. Head
Richard.Head@doj.nh.gov

**NEW JERSEY**
Carol B. Jacobson
Carol.Jacobson@dol.lps.state.nj.us

**NEW MEXICO**
David K. Thomson
dthomson@nmag.gov

**NEW YORK**
Dana Biberman
Christine E. Morrison
Dana.Biberman@oag.state.ny.us
Christine.morrison@oag.state.ny.us

**NORTH CAROLINA**
Melissa L. Trippe
Richard L. Harrison
mtrippe@ncdoj.gov
rharris@ncdoj.gov

**OHIO**
Susan C. Walker
scwalker@ag.state.oh.us

**OKLAHOMA**
E. Clyde Kirk
Clyde.Kirk@oag.ok.gov

**OREGON**
Lisa M. Udland
Lisa.Udland@doj.state.or.us

**PENNSYLVANIA**
Joel M. Ressler
jressler@attorneygeneral.gov

**RHODE ISLAND**
Maureen G. Glynn
mglynn@riag.state.ri.us

**SOUTH DAKOTA**
Patricia J. Archer
Pat.archer@state.sd.gov

**TENNESSEE**
Stephen R. Butler
John H. Sinclair, Jr.
Steve.Butler@ag.tn.gov
John.Sinclair@ag.tn.gov

**UTAH**
Katherine H. Kinsman
kkinsman@utah.gov

**VERMONT**
Christy Taylor Mihaly
cmihaly@atg.state.vt.us

**WASHINGTON**
Robert J. Fallis
Rustyf@atg.wa.gov

**WISCONSIN**
Christopher J. Blythe
blythecj@doj.state.wi.us

**WYOMING**
Douglas J. Moench
Kenneth Miller
Dmoenc@state.wy.us
Kmille2@state.wy.us

and notice of electronic filing will be sent via email to the following:

**SOCIETE NATIONALE d'EXPLOITATION INDUSTRIELLE des TABACS et ALLUMETTES**
JPCarrieret@altadis.com
GGahan@altadis.com

**ARKANSAS**
Regina Harelson
Regina.Harelson@arkansasag.gov

**COLORADO**
Brian L. Laughlin
Brian.laughlin@state.co.us

**DISTRICT OF COLUMBIA**
Brian R. Caldwell
Brian.Caldwell@dc.gov

**GEORGIA**
Sidney R. Barrett, Jr.
Robin G. Cohen
sbarrett@law.ga.gov
rcohen@law.ga.gov

**HAWAII**
Alex R. Barrett
Alex.R.Barret@hawaii.gov

**INDIANA**
Lawrence J. Carcare II
Lawrence.Carcare@atg.in.gov

**IOWA**
Connie M. Larson
clarson@ag.state.ia.us

**KENTUCKY**
Gary D. Wilson
Gary.D.Wilson@verizon.net

**MICHIGAN**
Brian D. Devlin
devlinb@michigan.gov

**NEW HAMPSHIRE**
David A. Rienzo
David.Rienzo@doj.nh.gov

**NORTH DAKOTA**
Douglas A. Bahr
dbahr@nd.gov

**SOUTH CAROLINA**
T. Parkin Hunter
Jonathan B. Williams
phunter@ag.state.sc.us
jwilliams@ag.state.sc.us

**TENNESSEE**
Rebekah A. Baker
Rebekah.Baker@ag.tn.gov

**VIRGINIA**
William E. Thro
wthro@cnu.edu

**WEST VIRGINIA**
John S. Dalporto
John.Dalporto@wvago.gov

and notice of electronic filing will be sent via fax to the following:

Attorney General
Territory of American Samoa
PO Box 7
Pago Pago 96799
PHONE: 684.633.4163
FAX: 684.633.1838

Attorney General
Territory of Guam
287 West O'Brien Drive
Hagatna, Guam 96910
PHONE: 671.475.3409
FAX: 671.472.2493

Office of the Attorney General
Commonwealth of the
Northern Mariana Islands
1326 Guguan Drive
Saipan, MP 96960
PHONE: 614.466.4320
FAX: 614.466.5087

Roberto J. Sanchez-Ramos
Attorney General
Commonwealth of Puerto Rico
GPO Box 902192
San Juan, PR 00902-0192
PHONE: 787.721.7700
FAX: 787.724.4770

Alva Swan, Attorney General
Virgin Islands of the United States
Dept. of Justice, G.E.R.S. Complex
48B-50C Kronprinsdens Gade
St. Thomas, Virgin Islands 00802
PHONE: 340.774.5666
FAX: 340.774.9710

M/S Dhanraj International
11753 Sterling Avenue, Ste. F
Riverside CA 92503
FAX: 951.343.9123

/s/ Charles S. Cassis
Counsel for Defendants
Philip Morris, USA, Inc., R.J. Reynolds
Tobacco Co., and Lorillard Tobacco Co.